**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEPHEN W. LOCKWOOD**                                                                          **PLAINTIFF**

**v.**                                                    **4:23-cv-00997-JM**

**WADE GILLIAM,**
**Saline County Detention Center;** *et al.*                                               **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff has not responded to the October 19, 2023 Order directing him to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*.   (Doc. 3.)   And the time to do so has expired.   Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.   *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).   The Court withdraws the referral, and this case is CLOSED.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 28th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE

1